175 A.3d 177

MAIN STREET AT WOOLWICH, LLC, WOOLWICH COMMONS, LLC, AND WOOLWICH CROSSINGS, LLC, PLAINTIFFS-RESPONDENTS, v. AMMONS SUPERMARKET, INC., BENJAMIN AMMONS, DEFENDANTS-PETITIONERS, AND R.S. GASIOROWSKI, ESQUIRE, AND GASIOROWSKI & HOLOBINKO, DEFENDANTS.

C–332 September Term 2017
080036

November 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000713–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.